# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ODELL M. HARDISON, JR.,

      Plaintiff,

    -vs-            Case No. 12-CV-949

HERB GLIDEWELL, DETECTIVE JAMES TIMM,
PAUL SANDERS, KAREN LOEBEL,
and STEVE BASTING,

      Defendants.

# ORDER

  The plaintiff, Odell M. Hardison, Jr., a Wisconsin state prisoner, filed this pro se civil rights action on September 17, 2012, and was granted leave to proceed *in forma pauperis*. The complaint sought damages for an alleged illegal search warrant executed at a car wash in 2002. On November 14, 2012, the Court screened the complaint under 28 U.S.C. § 1915A and dismissed the case as barred by the six-year statute of limitations. Before the court is the plaintiff's motion to reinstate the case based on a more definite statement in a following amended complaint, along with a proposed amended complaint.

  The amended complaint includes additional allegations surrounding the plaintiff's claim. However, it would be futile to reopen the case and allow him to file the amended pleading because it is still barred by the statute of limitations. *See Hukic v. Aurora Loan Servs.*, 588 F.3d 420, 432 (7th Cir. 2009); *Arreola v. Godinez*, 546 F.3d 788, 796 (7th

Cir. 2008). Thus, the plaintiff's motion will be denied.

**IT IS THEREFORE ORDERED** that the plaintiff motion for to reopen case and amend complaint (Docket #10) is **denied**.

Dated at Milwaukee, Wisconsin, this 29th day of January, 2013.

**SO ORDERED,**

_____
**HON. RUDOLPH T. RANDA**
**U. S. District Judge**